# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN ROBERT SHREWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-10-223-R |
| | ) |
| H. A. LEDEZMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered April 7, 2010. Doc. No. 7. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of April, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE